1        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MARYLAND
2            NORTHERN DIVISION

3 UNITED STATES OF AMERICA,    )
      Plaintiff,        )
4                   )
     vs.              ) CRIMINAL CASE NO. CCB-17-357
5                   )
 THOMAS FINNEGAN,         )
6     Defendant.       )
  _____)
7

8
               Wednesday, June 13, 2018
9                Courtroom 7D
               Baltimore, Maryland
10

11
      BEFORE:  THE HONORABLE CATHERINE C. BLAKE, JUDGE
12

13                 SENTENCING

14
 For the Plaintiff:
15
 Derek Hines, Esquire
16 Assistant United States Attorney

17 For the Defendant:

18 Richard Bardos, Esquire

19 Also Present:

20 TFO Jared Stern, FBI
 Melissa McGuinness, U.S. Probation Officer
21 _____

22
               Reported by:
23
       Douglas J. Zweizig, RDR, CRR, FCRR
24      Federal Official Court Reporter
      101 W. Lombard Street, 4th Floor
25       Baltimore, Maryland  21201

P R O C E E D I N G S

(9:27 a.m.)

THE COURT: Good morning, everyone. You can be seated, please.

MR. HINES: Good morning, Your Honor.

THE COURT: Call the case, Mr. Hines.

MR. HINES: We're here on the matter of United States versus Thomas Robert Finnegan, Criminal Docket No. CCB-17-357.

For the record, AUSA Derek Hines, appearing on behalf of the Government. Seated with me at counsel table is Task Force Officer Jared Stern of the FBI.

Good morning, Your Honor.

THE COURT: Good morning.

Good morning.

MR. BARDOS: Good morning, Judge. Richard Bardos, representing Thomas Finnegan, who is present to my right.

THE COURT: All right. Thank you.

We are here for sentencing for Mr. Finnegan on his guilty plea to two charges: Hobbs Act robbery and use of a firearm in furtherance of a crime of violence, 924(c) charge.

As counsel know, I need to start with the presentence report. I have one with a revised date of February 8th, 2018.

Mr. Hines, any additions, corrections, modifications?

MR. HINES: No, Your Honor.

THE COURT: Mr. Bardos, obviously you've read it.

1       Has your client had the chance to discuss it with you,

2  read it?

3           MR. BARDOS:  Yes, Your Honor.

4           THE COURT:  Okay.  Any additions, corrections,

5  modifications?

6           MR. BARDOS:  No, Your Honor.

7           THE COURT:  All right.  Thank you.

8       Okay.  There's sort of two sets of guideline

9  calculations.

10          As to Count 2, the Hobbs Act robbery, there's an

11 offense level of 20.  There's a decrease of two for acceptance

12 of responsibility, so that's an offense level of 18.

13          Mr. Finnegan's criminal history category is a III, so

14 the advisory guideline range on Count 2 is from 33 to 41

15 months.

16          As to Count 3, that is controlled by the statute.

17 There is a required mandatory consecutive seven years/84 months

18 on that count.

19          So I'm happy to hear from the Government, to begin

20 with, about your recommendation and also whether there's anyone

21 that wants to be heard from.

22          MR. HINES:  Your Honor, the victims of the offense,

23 Jeffrey Shore and Donna Curry, are here in the courtroom today,

24 and it's my understanding that Ms. Curry would like to make a

25 victim impact statement.

1        **THE COURT:**  All right.  Would you like to come up to

2   the podium.

3        And if you would just give us your full name for the

4   record.  Good morning.

5        **DONNA CURRY:**  Donna Ann Curry.

6        **THE COURT:**  What would you like to tell me?

7        **DONNA CURRY:**  I don't know, just since this robbery

8   and everything that happened, things just haven't been the

9   same.

10        **THE COURT:**  Sure.  I'm sorry, but I can't -- maybe,

11   Mr. Hines, can you help move the mic a little bit.  I can't

12   hear you, ma'am.

13        **DONNA CURRY:**  Just that since the robbery and

14   everything, things haven't been the same.  It's been a tough

15   situation for me.  It's -- financially, you know, I've lost one

16   of my homes that I had the money saved for that was stolen from

17   me.

18        Since then I also wasn't able to keep my business

19   going.  I just had to give my business up this February.

20        And I have a young granddaughter that was at the house

21   the night of the incident, and she is very petrified of police.

22   And I think it was due to the gentlemen coming in dressed as

23   police officers that made her scared, so scared of police

24   officers.

25        **THE COURT:**  Okay.

1          **MR. HINES:**  Thank you, Ms. Curry.

2          **DONNA CURRY:**  Thank you.

3          **THE COURT:**  Thank you.

4          Mr. Hines.

5          **MR. HINES:**  Your Honor, turning first, under the

6    3553(a) factors, to the nature and circumstances of the

7    offense, as Your Honor is aware, this was a serious crime

8    during the day in June of 2014.

9          Detective Rayam and some other members of the

10   Baltimore Police Department searched the pigeon store owned by

11   Ms. Curry and Mr. Shore.  They found $20,000 in cash.  No

12   evidence of any drugs, guns, or anything like that.  It was a

13   pigeon store.

14         They decided that they could not rob them there

15   because they could make a complaint and it could be

16   substantiated, given that there was no evidence of any illegal

17   activity.

18         Unfortunately, earlier that same day, the Currys had

19   attempted to pay two substantial debts that they had on two

20   properties at the municipal building, because they were going

21   to be up for tax sale.

22         They had accumulated $20,000 from cash sales at their

23   pigeon store, a significant federal income tax return, and they

24   had taken out two loans from two family friends, including a

25   pastor.

And they had gone earlier on that day to pay off those debts when they received a call. They were waiting in line at the municipal building with the cash to pay those debts, and they received a call that the neighbor of their pigeon store had fallen ill, possibly had a heart attack. I believe he later passed away.

And so they rushed back immediately, weren't able to pay their debt that day.

Their store was searched. Immediately after the search, Detective Rayam called first Mr. Finnegan, seated here, told him about the money. The two of them agreed that -- to rob the Currys and the Shores later that day at their home.

Initially, Mr. Finnegan and Mr. Rayam both drove during the day to their home, set up their -- basically cased the home, went up -- and Mr. Finnegan went up and had sort of a fake interaction with Mr. Shore, asking if he could get some -- you know, where he could find some food or if he could get a ride, things like that, to try and scope out how many people were there.

They ultimately decided to impersonate police and recruited Jemell Rayam's cousin, David Rahim, who came over and joined them later that evening when Mr. Finnegan put on a police vest and held Detective Rayam's firearm. And David Rahim also put on a police vest, they went in to the Curry and the Shores' home.

In the home, as Your Honor just heard, it was not only Ms. Curry and Mr. Shore, but their young grandchild as well.

Mr. Finnegan came in, held the firearm at Mr. Shore, and said, "Sit still and be patient" (indicating), that's the brandishing that occurred in this case.

Mr. Rahim was not armed, but based on the fact that they believed the individuals were police, their pigeon store had been searched earlier in the day, thankfully Mr. Shore and Ms. Curry obliged with the commands, thinking that they were police.  They sat there.  They didn't resist or something absolutely horrific could have occurred.

Mr. Finnegan then went into Ms. Curry's purse, took out the $20,000.  And then he, Mr. Rahim, and Mr. Rayam left when they later split up that $20,000 in cash.

You know, Ms. Curry, you could see the impact that these types of crimes have, in sometimes the most significant ways.

They've now lost their pigeon store in South Baltimore.  They're no longer operating it.  They've lost one of their two properties.  $20,000 is obviously a huge amount of cash to have taken from you.

And so the impact on their lives, even apart from the emotional trauma that they understandably experienced from this episode, has been huge and absolutely devastating to them, and it's unclear if they'll be able to recover.

1    You know, having met them, they're great people.  They

2  work very hard.  And I think they hope that they will be able

3  to recover.  But it's that sort of economic loss, in addition

4  to the emotional trauma, that underscores the severity of this

5  offense.

6    I'd like to turn next -- sort of jump to the end, the

7  need to avoid unwarranted sentencing disparities.

8    Our recommendation, Your Honor, for Mr. Finnegan is a

9  sentence of nine years' incarceration.  That's seven years for

10  the brandishing of the firearm, to run consecutive to two years

11  for the Hobbs Act robbery.  And we get there predominantly

12  based on -- well, based on all the factors.

13    But when you look at the sentences that co-defendants

14  have received in this case, David Rahim received a sentence of

15  five years.  And Jemell Rayam, his guidelines will be 10 to 13

16  years.

17    But, you know, nine years will, in our mind, sort of

18  guarantee that Mr. Finnegan would receive a lesser sentence

19  than Mr. Rayam, given that Rayam was the one that sort of

20  coordinated this episode.

21    And when you compare Mr. Finnegan to Mr. Rahim,

22  they're different in a number of ways.

23    First and foremost, Mr. Finnegan has a Criminal

24  History Category III.  Mr. Rahim had only a Criminal History

25  Category II.

 1          But even when you look at Mr. Finnegan's criminal

 2     history, only because the number of convictions timed out and

 3     weren't scored is the reason why he's in Criminal History

 4     Category III instead of a higher level.

 5          He has prior assault; prior intimidation of a witness;

 6     false identification to law enforcement; driving while

 7     intoxicated; and negotiating -- and driving while intoxicated,

 8     none of which is in his case.  Mr. Rahim did not have prior

 9     convictions that didn't score.  So that is one distinction

10     between the two of them.

11          The other being that Mr. Finnegan was more intimately

12     involved in planning and doing this event.  In fact, him and

13     Rayam planned to rob the Currys, if they could have during the

14     day, before Mr. Rahim became involved and recruited later at

15     night.

16          Mr. Finnegan is the one that held the firearm, went in

17     there.  Obviously, Mr. Rahim aided and abetted that.  But

18     Mr. Finnegan pointed the firearm at them and said, "Sit still

19     and be patient."

20          And Mr. Finnegan, as I've sort of -- there's another

21     relationship with Mr. Rayam, obviously, over the course of the

22     years in which Rayam has given Mr. Finnegan some narcotics for

23     his -- both his personal use and his distribution over the

24     course of time.

25          We think that that delta of four years between

1    Mr. Rahim and Mr. Finnegan is appropriate given the

2    circumstances of this case.

3            We think that that will reflect the seriousness of the

4    offense, afford adequate deterrence to both Mr. Finnegan,

5    specifically, and then to the community as a whole if he were

6    to receive a sentence of nine years.

7            We'd also ask the Court to, just like the Court did

8    with David Rahim, and pursuant to Mr. Finnegan's plea

9    agreement, impose restitution of $20,000, jointly and

10   severally, with both David Rahim and Jemell Rayam so that

11   hopefully, over the course of time, the Currys can recoup some

12   of this money.

13           And I can provide the clerk with their identifiers

14   after the proceeding, if they're needed.

15           So in conclusion, Your Honor, I think certainly this

16   was serious and an offense that warrants nine years.  That's

17   actually below the low end of the guidelines of ten to eleven

18   years.

19           And, you know, it factors in that Mr. Finnegan did

20   ultimately accept responsibility, although I'll say he did it

21   only after receiving the Jencks production on the very eve of

22   trial in December when, you know, the witnesses had to, you

23   know, come in over and over and meet with the Government and

24   get prepared to testify.

25           So I think that given all the factors under 3553, a

1    sentence of -- an aggregate sentence in the total of nine years

2    is the appropriate disposition of this case.

3         **THE COURT:**  All right.  Yes.  Thank you, Mr. Hines.

4         Mr. Bardos.

5         **MR. BARDOS:**  Thank you, Your Honor.  I don't know

6    where to start.

7         So the Government makes a description of this --

8    ordinarily, Your Honor, in an individual-defendant case, I'm in

9    sort of the unusual position where I may know a little bit more

10   about the case than perhaps you do, because I've had it for a

11   long time and now we're coming to present it to you.

12        This is not that situation, because you know a lot

13   more about this case than I do, having sat through the trial.

14        So I did not sit through the trial.  I am doing my

15   best to get from the public records what the information was,

16   and particularly with regard to Mr. Rayam.

17        The Government suggests that Mr. Rayam's guidelines

18   are 10 to 13 years.  That is not what's in his public plea

19   agreement.  What's in his public plea agreement is an offense

20   level of 32, minus 3, which is an offense level of 29.

21        He was a police officer -- assuming he didn't have a

22   significant record prior to that.

23        If he's at Level 29 and Criminal History Category I,

24   his guidelines are 87 to 108.  So his guidelines --

25        **THE COURT:**  Right.  His guidelines were incorrectly

calculated in the plea agreement, and I have already sentenced two individuals where the same issue appeared. And I did not feel bound by the guidelines in the plea agreement, just so you know.

MR. BARDOS: Okay. So I am correct, you do know more about this than I do.

But from -- I'm basing it on what the plea agreement --

THE COURT: I understand. You're absolutely right, that's what's in the public plea agreement.

MR. BARDOS: So that's the first piece.

The second is, as Mr. Hines was describing this offense, it sounds like Mr. Finnegan is the major player here and he was the motivating factor. That is not in any way, shape, or form accurate.

What is happening here is Mr. Finnegan is a collateral piece of this gigantic Gun Task Force gone wrong, right.

So I know that Your Honor recently sentenced Officer Jenkins -- again, I did not attend that.

But I would imagine that one of the things that offended the Court from that situation is that these were individuals hired, trusted to protect society and defend against illegal gun use and illegal drug use, and instead, not only participated and fostered in it, but brought other people into it.

My sentencing memorandum describes -- and I assume these facts are correct, as I did take them from Mr. Rayam's plea agreement -- they -- Mr. Finnegan pled guilty to a single incident where he, wearing the uniform that Mr. Rayam gave him, carrying an unloaded gun that Mr. Rayam gave him, and went into the house, directed by Mr. Rayam, and told what to get.  That's Mr. Finnegan's crime.

Rayam and his buddies went into multiple houses, armed, on a regular basis.  In fact, sometimes went in armed, pointing guns in a forcible manner.

They stole weapons.  They sold them to drug dealers. They sold -- they stole drugs and sold them.

This is -- and yet, and yet he -- even under the Government's theory, he's looking at a low end of the guidelines of ten years.

The comparable liability here, between Mr. Finnegan's single incident, directed by Mr. Rayam, and what Rayam and his friends were doing, I think is huge.

And the suggestion that the low end of Mr. Rayam's guidelines is 10, and then 9 would be appropriate for a single incident for Mr. Finnegan, I think is not appropriate in comparing the culpability of these two individuals, would be my first point.

The Government suggests that although Mr. Finnegan only got two levels down and the Government was not required,

1  and I don't think they should have, moved for a third level due

2  to promptness, because I think if you plead pretty much close

3  to trial, it's hard to argue that's prompt.

4          However, what the Government did not tell you is that

5  Mr. Finnegan, on the day of his arrest, told the arresting

6  agents that he committed this crime.  He has been open about

7  this from day one.

8          And so the rest of the time, from the day of his

9  arrest until the day of his plea, I can tell you Your Honor was

10  negotiation, trying to see if there was a way to get around

11  this seven-year mandatory sentence.  That was really what was

12  going on.

13          And ultimately, when it could not be done,

14  Mr. Finnegan really had no other choice.

15          So to say that he didn't accept responsibility in a

16  legal sense in front of you is correct.  He didn't do that

17  until later.

18          But he has never contested that he committed this

19  offense and how he committed this offense.

20          So that's -- I think that's a little bit different as

21  well.

22          The idea that -- and I don't mean any disrespect to

23  the victims -- but the idea that this was a traumatic event for

24  them -- first of all, Ms. Curry spoke to you.  She was allowed

25  to say anything she wanted.  She said nothing about being

personally traumatized by this, and I think the reason for that
is that she was not.

In July of 2014 -- and I don't have the video.  I just
have a report, the report from the Baltimore Sun.  But I've
seen the video and I can tell you what it says.  She is -- she
gives a video interview.  She's allowed to say whatever she
wants.

And the first thing she says is, We invited them in
thinking they were police.

This was not -- I understand -- because I've done the
research -- in this situation, it is considered a crime of
violence, even though there was no violence actually there
because of the threat.

But in this particular situation, there really was no
threat of violence because Mr. Shore and Ms. Curry knew that
police were coming that night to search their house.  They were
told that during the day.  They were told we are going to --
well, we have to -- we didn't find it here, we're going to have
to go search your house.

And so when Mr. Finnegan and Mr. Rahim came in wearing
police uniforms, carrying what looked like a search warrant,
Mr. Shore and Ms. Curry sat down and waited for the search.
They -- I think she's accurate in that -- they invited them in.

There was -- the entire video and her statement today
shows no indication that they were traumatized by this.  They

were financially affected, I understand that.  I'm not
contesting that.

But as far as violent crimes go, this was a relatively
non-violent violent crime.  And I think the fact that the gun
was unloaded, that Mr. -- at least Rayam was smart enough to
give -- not to give Mr. Finnegan or Mr. Rahim a loaded gun.

But they had to look like police.  And if they come in
with an empty holster, they don't look like police.  So the
whole thing was really theft by fraud.  But, under the statute,
there's a mandatory seven years.

So I think when you -- and if you compare this and
look at the overall context of this, Mr. Finnegan's activities
are illegal.  Mr. Finnegan took responsibility for those
activities.

But to suggest that a man who spent years, years lying
under oath, encouraging others to testify under oath [sic],
stealing guns, stealing drugs, selling both, is looking at a
possibility of 10 and that Mr. Finnegan should get 9, I just --
I think that's incorrect.

Obviously, the final decision is yours, and I could be
wrong about that.

The other point that I would like to make is -- so
this offense occurred almost four years ago.  And in the four
years since this event, Mr. Finnegan has not been arrested, has
not been charged, has not had a conviction.

1           And, in fact, the last -- the last of his involvement

2    with the criminal justice system, if I'm correct, was in 2012,

3    and that was dismissed.  And then before that, you go back to

4    2003.

5           So, yes, this event was very serious, but

6    Mr. Finnegan's life since -- basically since he got in trouble

7    in federal court for the counterfeiting stuff, his life since

8    then has been relatively law-abiding.  He got a job.  He's a

9    licensed plumber.  He has a wife.  He has a son.  When his

10   brother passed away, he moved to Pennsylvania to take care of

11   his parents.

12          So he was involved in this particular incident in

13   2014, but the span on both sides of that have been relatively

14   law-abiding.

15          And certainly since -- while he's been in jail, but

16   not that you can't commit a crime in jail, but since 2014,

17   there were three years between the event and his arrest, and

18   there's nothing in there that suggests that he was continuing

19   any type of activity, criminal activity.

20          So with all that said, Your Honor, our position is

21   that you have -- obviously, you have to give him seven years.

22   I don't think there's any question about that.

23          The question is how much do you give him on top of

24   that.  And our recommendation is not 24 months but three

25   months.

 1          I don't know if any of the other officers have been

 2     sentenced yet.  I know that Mr. Jenkins was and I know that

 3     Mr. Rayam has not been.  But I don't -- so the other -- so he

 4     has to get seven.

 5          The weird -- I don't know if it's weird, but the odd

 6     thing here is Mr. Rayam admits to a series of 924(c) crimes.

 7     He admits in his plea agreement to doing exactly what

 8     Mr. Finnegan did, except it was worse because Rayam was

 9     actually a police officer.  So he has a series of 924(c) crimes

10     and yet faces no mandatory minimum.

11          Mr. Finnegan gets involved in one incident here and

12     faces a mandatory seven years.

13          Under those circumstances, Your Honor, we think an

14     additional three for the robbery, for the theft under -- in

15     this situation, a total sentence of 87 years [sic], is

16     appropriate.

17          **THE COURT:**  Okay.  Thank you.  Thank you, Mr. Bardos.

18          Do you want to address anything related to

19     recommendations to the Bureau of Prisons or restitution or

20     anything along those lines?

21          **MR. BARDOS:**  May I have a moment, Your Honor?

22        (The defendant conferred with counsel.)

23          **MR. BARDOS:**  Your Honor, if the Court would be willing

24     to make -- I do have another point.  If the Court would be

25     willing to make a recommendation of incarceration as -- close

1    to Easton, Pennsylvania.  That's where his parents live.

2          And the other point I want to make, Your Honor -- and

3    I don't know if the Court takes this into consideration -- but

4    often -- there is obviously no parole, but there are ways that

5    people can get a reduction in their sentence.  One of them is

6    the RDAP program.  That will not apply to Mr. Finnegan because

7    of the gun charge.  So he won't --

8          **THE COURT:**  Right.  I would recommend to the Bureau of

9    Prisons that he participate -- I think he obviously has a

10    substance abuse problem --

11          **MR. BARDOS:**  Yes.

12          **THE COURT:**  -- that's why he's not able to comply with

13    conditions of release, I'd note, and had to be detained again,

14    but it appears to have related to his substance abuse problem.

15          **MR. BARDOS:**  Yes.

16          **THE COURT:**  I certainly will recommend any substance

17    abuse program he's eligible for, but you're right, he's not

18    going to be, I don't believe, eligible for early release

19    because of that.

20          **MR. BARDOS:**  Correct.

21          **THE COURT:**  But he still would appear to need that

22    treatment.

23          **MR. BARDOS:**  Thank you, Your Honor.

24          **THE COURT:**  Okay.  Anything else before I turn to

25    Mr. Finnegan?  Anything else anybody wants to say?

1          **MR. HINES:**  No, Your Honor.

2          **THE COURT:**  Okay.  Mr. Finnegan, if there's anything

3      you'd like to say before I make a final decision, you have the

4      right to do that.  You don't have to.  I won't hold it against

5      you if you don't.  But you have the right to speak if you'd

6      like to speak.

7          **THE DEFENDANT:**  Yes, Your Honor.  I would just like to

8      apologize to Mr. Shore and Mrs. Curry.  I didn't mean no harm.

9      I was in a situation.  It was kind of -- those days -- and we

10     were facing eviction.  And I called Jemell asking him to borrow

11     money.  He said he had an opportunity for me.

12          I had seven or eight other opportunities similar to

13     that, and I always turned them down.  Made a real bad mistake.

14          I have a 7-year-old son, a wife.  I missed his first

15     day of first grade.  I'm trying not to miss, you know, as much

16     as possible.  That's it.

17          **THE COURT:**  Sure.  Okay.  All right.  Thank you,

18     Mr. Finnegan.

19                         Conference at the bench.

20        (It is the policy of this court that every guilty plea and

21     sentencing proceeding include a bench conference concerning

22     whether the defendant is or is not cooperating.)

23          **THE COURT:**  Well, I appreciate everything counsel has

24     had to say.

25          Let me start with the nature and circumstances of the

offense.  It's obviously very serious.  I appreciate that the

gun was not loaded.  Obviously, the victims didn't know that.

It's fortunate that they cooperated and assumed that this

perhaps was a real police operation.

It still, I'm willing to assume, was traumatic for

them as well as their granddaughter.  The fact that Ms. Curry

focuses on the financial result doesn't mean that there was no

psychological impact.

Indeed, it sounds as though the financial impact has

caused its own psychological problems.  I mean, losing a home,

losing a business, that is a significant consequence.

And I'm not saying that Mr. Finnegan specifically

intended that, but that's certainly the risk that was created

by taking that very substantial amount of money that the

victims needed and were counting on.

Mr. Finnegan's personal circumstances, there are

certainly some mitigating factors.  I appreciate that

ultimately he did accept responsibility, that he essentially

admitted at the beginning and then did enter a plea

sufficiently -- well, at least a little bit in advance of

trial, and I think he should get some credit for that.

Appreciate that.

The comparisons, a lot of time spent on comparisons

here.

First of all, certainly Mr. Rayam has committed and

1    admitted many more crimes than Mr. Finnegan.

2           I've spoken a number of times already about the

3    seriousness of the Gun Trace Task Force issues.  Mr. Rayam has

4    not been sentenced yet.  I don't know exactly what the sentence

5    is going to be.

6           Comparing Mr. Finnegan to Mr. Rahim, it does appear

7    that Mr. Finnegan has a somewhat more significant criminal

8    record, did carry the gun, and seems to have been more involved

9    in the planning, although clearly Mr. Rayam was the ringleader.

10   I'm not suggesting otherwise.

11          I believe that a -- I'm close to the Government on

12   this.  I believe, considering all these factors that we've just

13   gone through, that a sentence of eight and a half years in

14   total is sufficient, but that that is necessary to recognize,

15   again, the seriousness of the offense and Mr. Finnegan's

16   circumstances.

17          So the sentence is going to be -- it's 18 months,

18   Mr. Finnegan, on Count 2, on the Hobbs Act robbery.  And there

19   is a consecutive seven-year sentence, 84 months, following

20   that.

21          That's a total of, as I said -- I believe that's, if

22   my math is right, eight and a half years, 102 months, obviously

23   with credit for the time that Mr. Finnegan's already been

24   locked up.

25          I certainly will recommend to the Bureau of Prisons

that he be designated to a facility as close to Easton,

Pennsylvania, as possible and that he participate in any

substance abuse program he's eligible for in the Bureau of

Prisons.  That's also going to be a condition of supervised

release.  There's going to be an important period of supervised

release which I hope will be helpful to you, Mr. Finnegan, when

you come out.

There's three years of supervised release.  That will

be concurrent on each count, 2 and 3.

Special condition, as I said, being participating in

any substance abuse testing or treatment the probation officer

recommends.

Also providing the probation officer access to any

financial information that they want to see, because I will, of

course, impose, as I believe I'm required to, the restitution

for the $20,000, which will be joint and several with Mr. Rahim

and also Mr. Rayam.

I don't know at this point what Mr. Finnegan's earning

capacity is going to be immediately when he comes out of the

Bureau of Prisons, so there's going to be -- I'll start at a

nominal repayment schedule of $50 a month.

But the Probation Office will have the authority to

recommend either an increase or a decrease in that, depending

on his financial circumstances.

His financial circumstances do not permit a fine, but

1    there's a required $100 special assessment that I'm going to

2    impose on each count.

3         And I think that's a reasonable sentence.

4         Have I left anything out?  Anything I have not

5    addressed?  Any counts to dismiss?

6         **MR. HINES:**  Your Honor, at this time the United States

7    dismisses Count 1 of the indictment.

8         **THE COURT:**  Okay.  Anything else, Mr. Bardos?

9         **MR. BARDOS:**  Your Honor, so I think the Court is

10   familiar with this request -- I don't know if it's ever been

11   granted.

12        But there is sort of a theme running through the fact

13   that these -- that Mr. Finnegan and other individuals are

14   housed at the Chesapeake Detention Facility and that there is a

15   request that he -- just to be clear, he's been incarcerated on

16   this offense from July 6th, 2017, to September 25th, 2017; and

17   then from October 23rd, 2017, to the present.

18        So what we would ask is a recommendation to the Bureau

19   of Prisons that he be given two days' credit for each one day

20   that he spent in CDF.

21        I understand the Court can't order that, but I do know

22   that the Bureau of Prisons takes the Court's recommendation

23   seriously.

24        I don't know if they would do that either, but I'm

25   sure the Court is familiar with the circumstances at the

Chesapeake Detention Facility, the overcrowding and all the other problems that are there.

And if the Court would be willing to make that recommendation, perhaps the Bureau of Prisons can take into consideration the harm that's been done to Mr. Finnegan in that particular facility.

**THE COURT:** I appreciate the reason you're asking for it. Conditions at the Chesapeake Detention Facility are always something I take into account in general.

I'm not aware of any legal authority to ask the Bureau of Prisons to give that kind of credit. And, again, having taken into account that Mr. Finnegan did accept responsibility, I'm not prepared to do more than that. Again, I don't think I have the legal authority to do what you're asking, in any event.

All right. Mr. Finnegan, in light of the plea agreement and the sentence, I'm not sure that there's anything you have a right to appeal from. But if you were going to be noting any appeal, that would have to be within 14 days.

Do you understand that, sir?

**THE DEFENDANT:** Yes, ma'am.

**THE COURT:** Okay. Anything else?

**MR. HINES:** No, Your Honor. Thank you.

**THE COURT:** All right. Thank you, all.

(Matter concluded at 10 o'clock a.m.)

1    I, Douglas J. Zweizig, RDR, CRR, FCRR, do hereby certify
2  that the foregoing is a correct transcript from the
   stenographic record of proceedings in the above-entitled
3  matter.

                          _____/s/_____

4

5              Douglas J. Zweizig, RDR, CRR, FCRR
                  Registered Diplomate Reporter
                  Certified Realtime Reporter
6              Federal Official Court Reporter
                    DATE:  June 7, 2019

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$100 [1]   24/1
$20,000 [7]   5/11 5/22 7/13 7/14
  7/20 10/9 23/16
$50 [1]   23/21

**/**

/s [1]   26/3

**1**

10 [4]   8/15 11/18 13/20 16/18
10 o'clock a.m [1]   25/25
101 [1]   1/24
102 [1]   22/22
108 [1]   11/24
13 [3]   1/8 8/15 11/18
14 [1]   25/19
18 [2]   3/12 22/17

**2**

20 [1]   3/11
2003 [1]   17/4
2012 [1]   17/2
2014 [4]   5/8 15/3 17/13 17/16
2017 [3]   24/16 24/16 24/17
2018 [2]   1/8 2/22
2019 [1]   26/6
21201 [1]   1/25
23rd [1]   24/17
24 [1]   17/24
25th [1]   24/16
29 [2]   11/20 11/23

**3**

32 [1]   11/20
33 [1]   3/14
3553 [2]   5/6 10/25
357 [2]   1/4 2/8

**4**

41 [1]   3/14
4th [1]   1/24

**6**

6th [1]   24/16

**7**

7-year-old [1]   20/14
7D [1]   1/9

**8**

84 [2]   3/17 22/19
87 [2]   11/24 18/15
8th [1]   2/22

**9**

924 [3]   2/20 18/6 18/9
9:27 a.m [1]   2/2

**A**

a.m [2]   2/2 25/25
abetted [1]   9/17
abiding [1]   17/8 17/14
able [5]   4/18 6/7 7/25 8/2
  19/12
about [10]   3/20 6/11 11/10
  11/13 12/6 14/6 14/25 16/21
  17/22 22/2
above [1]   26/2
above-entitled [1]   26/2
absolutely [3]   7/11 7/24 12/9
abuse [5]   19/10 19/14 19/17

23/3 23/11
accept [4]   10/20 14/15 21/18
  25/12
acceptance [1]   3/11
access [1]   23/13
account [2]   25/9 25/12
accumulated [1]   5/22
accurate [2]   12/15 15/23
Act [4]   2/19 3/10 8/11 22/18
activities [2]   16/12 16/14
activity [3]   5/17 17/19 17/19
actually [3]   10/17 15/12 18/3
addition [1]   8/3
additional [1]   18/14
additions [2]   2/23 3/4
address [1]   18/18
addressed [1]   24/5
adequate [1]   10/4
admits [2]   18/6 18/7
admitted [2]   21/19 22/1
advance [1]   21/20
advisory [1]   3/14
affected [1]   16/1
afford [1]   10/4
after [3]   6/9 10/14 10/21
again [5]   12/19 19/13 22/15
  25/11 25/13
against [2]   12/23 20/4
agents [1]   14/6
aggregate [1]   11/1
ago [1]   16/23
agreed [1]   6/11
agreement [10]   10/9 11/19 11/19
  12/1 12/3 12/8 12/10 13/3 18/7
  25/17
aided [1]   9/17
all [15]   2/17 3/7 4/1 8/12
  10/25 11/3 14/24 17/20 20/17
  21/25 22/12 25/1 25/16 25/24
  25/24
allowed [2]   14/24 15/6
almost [1]   16/23
along [1]   18/20
already [3]   12/1 22/2 22/23
also [8]   1/19 3/20 4/18 6/24
  10/7 23/4 23/13 23/17
although [3]   10/20 13/24 22/9
always [2]   20/13 25/8
am [2]   11/14 12/5
AMERICA [1]   1/3
amount [2]   7/21 21/14
Ann [1]   4/5
another [2]   9/20 18/24
any [17]   2/23 3/4 5/12 5/16
  12/14 14/22 17/19 17/22 18/1
  19/16 23/2 23/11 23/13 24/5
  25/10 25/14 25/19
anybody [1]   19/25
anyone [1]   3/20
anything [12]   5/12 14/25 18/18
  18/20 19/24 19/25 20/2 24/4
  24/4 24/8 25/17 25/22
apart [1]   7/22
apologize [1]   20/8
appeal [2]   25/18 25/19
appear [2]   19/21 22/6
appeared [1]   12/2
appearing [1]   2/9
appears [1]   19/14
apply [1]   19/6
appreciate [5]   20/23 21/1 21/17
  21/22 25/7

appropriate [5]   10/1 11/2 13/20
  13/21 18/16
are [12]   2/18 3/23 11/18 11/24
  13/2 15/17 16/13 19/4 21/16
  24/13 25/2 25/8
argue [1]   14/3
armed [2]   7/6 13/9 13/9
around [1]   14/10
arrest [3]   14/5 14/9 17/17
arrested [1]   16/24
arresting [1]   14/5
as [25]   2/21 3/10 3/16 4/22 5/7
  7/1 7/2 9/20 10/5 12/12 13/2
  14/20 16/3 16/3 18/25 20/15
  20/16 21/6 21/6 21/9 22/21 23/1
  23/2 23/10 23/15
ask [3]   10/7 24/18 25/10
asking [4]   6/16 20/10 25/7
  25/14
assault [1]   9/5
assessment [1]   24/1
Assistant [1]   1/16
assume [2]   13/1 21/5
assumed [1]   21/3
assuming [1]   11/21
attack [1]   6/5
attempted [1]   5/19
attend [1]   12/19
Attorney [1]   1/16
AUSA [1]   2/9
authority [3]   23/22 25/10 25/14
avoid [1]   8/7
aware [2]   5/7 25/10
away [2]   6/6 17/10

**B**

back [2]   6/7 17/3
bad [1]   20/13
Baltimore [5]   1/9 1/25 5/10
  7/19 15/4
Baltimore Sun [1]   15/4
Bardos [6]   1/18 2/15 2/25 11/4
  18/17 24/8
based [3]   7/6 8/12 8/12
basically [2]   6/14 17/6
basing [1]   12/7
basis [1]   13/9
be [32]
became [1]   9/14
because [13]   5/15 5/20 9/2
  11/10 11/12 14/2 15/10 15/13
  15/15 18/8 19/6 19/19 23/24
been [19]   4/8 4/14 4/14 7/8
  7/24 14/6 16/24 16/25 17/8
  17/13 17/15 18/1 18/3 22/4 22/8
  22/23 24/10 24/15 25/5
before [5]   1/11 9/14 17/3 19/24
  20/3
begin [1]   3/19
beginning [1]   21/19
behalf [1]   2/9
being [3]   9/11 14/25 23/10
believe [6]   6/5 19/18 22/11
  22/12 22/21 23/15
believed [1]   7/7
below [1]   10/17
bench [2]   20/19 20/21
best [1]   11/15
between [4]   9/10 9/25 13/16
  17/17
bit [4]   4/11 11/9 14/20 21/20
BLAKE [1]   1/11

**B**

borrow [1]   20/10
both [6]   6/13 9/23 10/4 10/10 16/17 17/13
bound [1]   12/3
brandishing [2]   7/5 8/10
brother [1]   17/10
brought [1]   12/24
buddies [1]   13/8
building [2]   5/20 6/3
Bureau [9]   18/19 19/8 22/25 23/3 23/20 24/18 24/22 25/4 25/10
business [3]   4/18 4/19 21/11

**C**

calculated [1]   12/1
calculations [1]   3/9
call [3]   2/6 6/2 6/4
called [2]   6/10 20/10
came [3]   6/21 7/3 15/20
can [8]   2/3 4/11 10/11 10/13 14/9 15/5 19/5 25/4
can't [4]   4/10 4/11 17/16 24/21
capacity [1]   23/19
care [1]   17/10
carry [1]   22/8
carrying [2]   13/5 15/21
case [10]   1/4 2/6 7/5 8/14 9/8 10/2 11/2 11/8 11/10 11/13
cased [1]   6/14
cash [5]   5/11 5/22 6/3 7/14 7/21
category [5]   3/13 8/24 8/25 9/4 11/23
CATHERINE [1]   1/11
caused [1]   21/10
CCB [2]   1/4 2/8
CCB-17-357 [1]   1/4
CDF [1]   24/20
certainly [7]   10/15 17/15 19/16 21/13 21/17 21/25 22/25
Certified [1]   26/5
certify [1]   26/1
chance [1]   3/1
charge [2]   2/20 19/7
charged [1]   16/25
charges [1]   2/19
Chesapeake [3]   24/14 25/1 25/8
Chesapeake Detention [3]   24/14 25/1 25/8
choice [1]   14/14
circumstances [9]   5/6 10/2 18/13 20/25 21/16 22/16 23/24 23/25 24/25
clear [1]   24/15
clearly [1]   22/9
clerk [1]   10/13
client [1]   3/1
close [4]   14/2 18/25 22/11 23/1
co [1]   8/13
co-defendants [1]   8/13
collateral [1]   12/16
come [4]   4/1 10/23 16/7 23/7
comes [1]   23/19
coming [3]   4/22 11/11 15/16
commands [1]   7/9
commit [1]   17/16
committed [4]   14/6 14/18 14/19 21/25
community [1]   10/5

comparable [1]   13/16
compare [2]   8/21 16/11
comparing [2]   13/22 22/6
comparisons [2]   21/23 21/23
complaint [1]   5/15
comply [1]   19/12
concerning [1]   20/21
concluded [1]   25/25
conclusion [1]   10/15
concurrent [1]   23/9
condition [2]   23/4 23/10
conditions [2]   19/13 25/8
conference [2]   20/19 20/21
conferred [1]   18/22
consecutive [3]   3/17 8/10 22/19
consequence [2]   21/11
consideration [2]   19/3 25/5
considered [1]   15/11
considering [1]   22/12
contested [1]   14/18
contesting [1]   16/2
context [1]   16/12
continuing [1]   17/18
controlled [1]   3/16
conviction [1]   16/25
convictions [2]   9/2 9/9
cooperated [1]   21/3
cooperating [1]   20/22
coordinated [1]   8/20
correct [6]   12/5 13/2 14/16 17/2 19/20 26/1
corrections [2]   2/23 3/4
could [11]   5/14 5/15 5/15 6/16 6/17 6/17 7/11 7/15 9/13 14/13 16/20
counsel [4]   2/10 2/21 18/22 20/23
count [8]   3/10 3/14 3/16 3/18 22/18 23/9 24/2 24/7
Count 1 [1]   24/7
Count 2 [3]   3/10 3/14 22/18
Count 3 [1]   3/16
counterfeiting [1]   17/7
counting [1]   21/15
counts [2]   24/5
course [4]   9/21 9/24 10/11 23/15
court [15]   1/1 1/24 10/7 10/7 12/21 17/7 18/23 18/24 19/3 20/20 24/9 24/21 24/25 25/3 26/6
Court's [1]   24/22
courtroom [2]   1/9 3/23
cousin [1]   6/21
created [1]   21/13
credit [4]   21/21 22/23 24/19 25/11
crime [7]   2/20 5/7 13/7 14/6 15/11 16/4 17/16
crimes [5]   7/16 16/3 18/6 18/9 22/1
criminal [11]   1/4 2/8 3/13 8/23 8/24 9/1 9/3 11/23 17/2 17/19 22/7
CRR [3]   1/23 26/1 26/4
culpability [1]   13/22
Curry [14]   3/23 3/24 4/5 5/1 5/11 6/25 7/2 7/9 7/15 14/24 15/15 15/22 20/8 21/6
Curry's [1]   7/12
Currys [4]   5/18 6/12 9/13 10/11

**D**

date [2]   2/22 26/6
David [5]   6/21 6/24 8/14 10/8 10/10
David Rahim [5]   6/21 6/24 8/14 10/8 10/10
day [15]   5/8 5/18 6/1 6/8 6/12 6/14 7/9 8/9 9/14 14/5 14/7 14/8 14/9 15/17 20/15 24/19
days [2]   20/9 25/19
days' [1]   24/19
dealers [1]   13/11
debt [1]   6/8
debts [3]   5/19 6/2 6/3
December [1]   10/22
decided [2]   5/14 6/20
decision [2]   16/20 20/3
decrease [2]   3/11 23/23
defend [1]   12/22
defendant [5]   1/6 1/17 11/8 18/22 20/22
defendants [1]   8/13
delta [1]   9/25
Department [1]   5/10
depending [1]   23/23
Derek [2]   1/15 2/9
Derek Hines [2]   1/15 2/9
describes [1]   13/1
describing [1]   12/12
description [1]   11/7
designated [1]   23/1
detained [1]   19/13
Detective [3]   5/9 6/10 6/23
Detective Rayam [2]   5/9 6/10
Detective Rayam's [1]   6/23
Detention [3]   24/14 25/1 25/8
deterrence [1]   10/4
devastating [1]   7/24
did [14]   9/8 10/7 10/19 10/20 11/14 12/2 12/19 13/2 14/4 18/8 21/18 21/19 22/8 25/12
didn't [8]   7/10 9/9 11/21 14/15 14/16 15/18 20/8 21/2
different [2]   8/22 14/20
Diplomate [1]   26/5
directed [2]   13/6 13/17
discuss [1]   3/1
dismiss [1]   24/5
dismissed [1]   17/3
dismisses [1]   24/7
disparities [1]   8/7
disposition [1]   11/2
disrespect [1]   14/22
distinction [1]   9/9
distribution [1]   9/23
DISTRICT [2]   1/1 1/1
DIVISION [1]   1/2
do [16]   11/10 11/13 12/5 12/6 14/16 17/23 18/18 18/24 20/4 23/25 24/21 24/24 25/13 25/14 25/20 26/1
Docket [1]   2/8
does [1]   22/6
doesn't [1]   21/7
doing [4]   9/12 11/14 13/18 18/7
don't [19]   4/7 11/5 14/1 14/22 15/3 16/8 17/22 18/1 18/3 18/5 19/3 19/18 20/4 20/5 22/4 23/18 24/10 24/24 25/5
done [3]   14/13 15/10 25/5
Donna [2]   3/23 4/5

**D**

Donna Ann Curry [1]  4/5
Donna Curry [1]  3/23
Douglas [3]  1/23 26/1 26/4
down [3]  13/25 15/22 20/13
dressed [1]  4/22
driving [2]  9/6 9/7
drove [1]  6/13
drug [2]  12/23 13/11
drugs [3]  5/12 13/12 16/17
due [2]  4/22 14/1
during [4]  5/8 6/14 9/13 15/17

**E**

each [3]  23/9 24/2 24/19
earlier [3]  5/18 6/1 7/8
early [1]  19/18
earning [1]  23/18
Easton [2]  19/1 23/1
economic [1]  8/3
eight [3]  20/12 22/13 22/22
either [2]  23/23 24/24
eleven [1]  10/17
eligible [3]  19/17 19/18 23/3
else [4]  19/24 19/25 24/8 25/22
emotional [2]  7/23 8/4
empty [1]  16/8
encouraging [1]  16/16
end [4]  8/6 10/17 13/14 13/19
enforcement [1]  9/6
enough [1]  16/5
enter [1]  21/19
entire [1]  15/24
entitled [1]  26/2
episode [2]  5/24 8/20
Esquire [2]  1/15 1/18
essentially [1]  21/18
eve [1]  10/21
even [4]  7/22 9/1 13/13 15/12
evening [1]  6/22
event [6]  9/12 14/23 16/24 17/5
 17/7 25/15
ever [1]  24/10
every [1]  20/20
everyone [1]  2/3
everything [3]  4/8 4/14 20/23
eviction [1]  20/10
evidence [2]  5/12 5/16
exactly [2]  18/7 22/4
except [1]  18/8
experienced [1]  7/23

**F**

faces [2]  18/10 18/12
facility [5]  23/1 24/14 25/1
 25/6 25/8
facing [1]  20/10
fact [7]  7/6 9/12 13/9 16/4
 17/1 21/6 24/12
factor [1]  12/14
factors [6]  5/6 8/12 10/19
 10/25 21/17 22/12
facts [1]  13/2
fake [1]  6/16
fallen [1]  6/5
false [1]  9/6
familiar [2]  24/10 24/25
family [1]  5/24
far [1]  16/3
FBI [2]  1/20 2/11
FCRR [3]  1/23 26/1 26/4

**February** [2]  2/22 4/19
February 8th [1]  2/22
federal [4]  1/24 5/23 17/7 26/6
federal court [1]  17/7
feel [1]  12/3
final [2]  16/20 20/3
financial [5]  21/7 21/9 23/14
 23/24 23/25
financially [2]  4/15 16/1
find [2]  6/17 16/18
fine [1]  23/25
FINNEGAN [50]
Finnegan's [11]  3/13 9/1 10/8
 13/7 13/16 16/12 17/6 21/16
 22/15 22/23 23/18
firearm [6]  2/20 6/23 7/3 8/10
 9/16 9/18
first [10]  5/5 6/10 8/23 12/11
 13/23 14/24 15/8 20/14 20/15
 21/25
five [1]  8/15
Floor [1]  1/24
focuses [1]  21/7
following [1]  22/19
food [1]  6/17
Force [3]  2/11 12/17 22/3
forcible [1]  13/10
foregoing [1]  26/1
foremost [1]  8/23
form [1]  12/15
fortunate [1]  21/3
fostered [1]  12/24
found [1]  5/11
four [3]  9/25 16/23 16/23
fraud [1]  16/9
friends [2]  5/24 13/18
front [1]  14/16
full [1]  4/3
furtherance [1]  2/20

**G**

gave [2]  13/4 13/5
general [1]  25/9
gentlemen [1]  4/22
get [11]  6/16 6/17 8/11 10/24
 11/15 13/6 14/10 16/18 18/4
 19/5 21/21
gets [1]  18/11
gigantic [1]  12/17
give [7]  4/3 4/19 16/6 16/6
 17/21 17/23 25/11
given [6]  5/16 8/19 9/22 10/1
 10/25 24/19
gives [1]  15/6
go [3]  15/19 16/3 17/3
going [14]  4/19 5/20 14/12
 15/17 15/18 19/18 22/5 22/17
 23/4 23/5 23/19 23/20 24/1
 25/18
gone [2]  6/1 12/17 22/13
Good [7]  2/3 2/5 2/12 2/13 2/14
 2/15 4/4
got [3]  13/25 17/6 17/8
Government [9]  2/10 3/19 10/23
 11/7 11/17 13/24 13/25 14/4
 22/11
Government's [1]  13/14
grade [1]  20/15
grandchild [1]  7/2
granddaughter [2]  4/20 21/6
granted [1]  24/11
great [1]  8/1

guarantee [1]  8/18
guideline [2]  3/8 3/14
guidelines [9]  8/15 10/17 11/17
 11/24 11/24 11/25 12/3 13/15
 13/20
guilty [3]  2/19 13/3 20/20
gun [9]  12/17 12/23 13/5 16/4
 16/6 19/7 21/2 22/3 22/8
Gun Task Force [1]  12/17
Gun Trace Task Force [1]  22/3
guns [3]  5/12 13/10 16/17

**H**

had [22]  3/1 4/16 4/19 5/18
 5/19 5/22 5/24 6/1 6/5 6/5 6/15
 7/8 8/24 10/22 11/10 14/14 16/7
 16/25 19/13 20/11 20/12 20/24
half [1]  22/13 22/22
happened [1]  4/8
happening [1]  12/16
happy [1]  3/19
hard [2]  8/2 14/3
harm [2]  20/8 25/5
has [22]  3/1 7/24 8/23 9/5 9/22
 14/6 14/18 16/24 16/24 16/25
 17/8 17/9 17/9 18/3 18/4 18/9
 19/9 20/23 21/9 21/25 22/3 22/7
have [33]
haven't [2]  4/8 4/14
having [3]  8/1 11/13 25/11
he [45]
he's [10]  9/3 11/23 13/14 17/8
 17/15 19/12 19/17 19/17 23/3
 24/15
hear [2]  3/19 4/12
heard [2]  3/21 7/1
heart [1]  6/5
held [3]  6/23 7/3 9/16
help [1]  4/11
helpful [1]  23/6
her [2]  4/23 15/24
here [11]  2/7 2/18 3/23 6/10
 12/13 12/16 13/16 15/18 18/6
 18/11 21/24
hereby [1]  26/1
higher [1]  9/4
him [7]  6/11 9/12 13/4 13/5
 17/21 17/23 20/10
Hines [8]  1/15 2/6 2/9 2/23
 4/11 5/4 11/3 12/12
hired [1]  12/22
his [27]
history [6]  3/13 8/24 8/24 9/2
 9/3 11/23
Hobbs [4]  2/19 3/10 8/11 22/18
Hobbs Act robbery [4]  2/19 3/10
 8/11 22/18
hold [1]  20/4
holster [1]  16/8
home [6]  6/12 6/14 6/15 6/25
 7/1 21/10
homes [1]  4/16
Honor [26]  2/5 2/12 2/24 3/3
 3/6 3/22 5/5 5/7 7/1 8/8 10/15
 11/5 11/8 12/18 14/9 17/20
 18/13 18/21 18/23 19/2 19/23
 20/1 20/7 24/6 24/9 25/23
HONORABLE [1]  1/11
hope [2]  8/2 23/6
hopefully [1]  10/11
horrific [1]  7/11
house [4]  4/20 13/6 15/16 15/19

**H**

housed [1]   24/14
houses [1]   13/8
how [3]   6/18 14/19 17/23
However [1]   14/4
huge [3]   7/20 7/24 13/18

**I**

I'd [2]   8/6 19/13
I'll [2]   10/20 23/20
I'm [17]   3/19 4/10 11/8 12/7
16/1 17/2 20/15 21/5 21/12
22/10 22/11 23/15 24/1 24/24
25/10 25/13 25/17
I've [6]   4/15 9/20 11/10 15/4
15/10 22/2
idea [2]   14/22 14/23
identification [1]   9/6
identifiers [1]   10/13
II [1]   8/25
III [3]   3/13 8/24 9/4
ill [1]   6/5
illegal [4]   5/16 12/23 12/23
16/13
imagine [1]   12/20
immediately [3]   6/7 6/9 23/19
impact [5]   3/25 7/15 7/22 21/8
21/9
impersonate [1]   6/20
important [1]   23/5
impose [3]   10/9 23/15 24/2
incarcerated [1]   24/15
incarceration [2]   8/9 18/25
incident [6]   4/21 13/4 13/17
13/21 17/12 18/11
include [1]   20/21
including [1]   5/24
income [1]   5/23
incorrect [1]   16/19
incorrectly [1]   11/25
increase [1]   23/23
Indeed [1]   21/9
indicating [1]   7/4
indication [1]   15/25
indictment [1]   24/7
individual [1]   11/8
individual-defendant [1]   11/8
individuals [5]   7/7 12/2 12/22
13/22 24/13
information [2]   11/15 23/14
Initially [1]   6/13
instead [2]   9/4 12/23
intended [1]   21/13
interaction [1]   6/16
interview [1]   15/6
intimately [1]   9/11
intimidation [1]   9/5
intoxicated [2]   9/7 9/7
invited [2]   15/8 15/23
involved [5]   9/12 9/14 17/12
18/11 22/8
involvement [1]   17/1
is [64]
issue [1]   12/2
issues [1]   22/3
it [30]
it's [11]   3/24 4/14 4/15 7/25
8/3 14/3 18/5 21/1 21/3 22/17
24/10
its [1]   21/10

**J**

jail [2]   17/15 17/16
Jared [2]   1/20 2/11
Jared Stern [1]   1/20
Jeffrey [1]   3/23
Jeffrey Shore [1]   3/23
Jemell [4]   6/21 8/15 10/10
20/10
Jemell Rayam [2]   8/15 10/10
Jemell Rayam's [1]   6/21
Jencks [1]   10/21
Jenkins [2]   12/19 18/2
job [1]   17/8
joined [1]   6/22
joint [1]   23/16
jointly [1]   10/9
JUDGE [2]   1/11 2/15
July [2]   15/3 24/16
July 6th [1]   24/16
jump [1]   8/6
June [3]   1/8 5/8 26/6
just [13]   4/3 4/7 4/8 4/13 4/19
7/1 10/7 12/3 15/3 16/18 20/7
22/12 24/15
justice [1]   17/2

**K**

keep [1]   4/18
kind [2]   20/9 25/11
knew [1]   15/15
know [28]

**L**

last [2]   17/1 17/1
later [6]   6/6 6/12 6/22 7/14
9/14 14/17
law [3]   9/6 17/8 17/14
law enforcement [1]   9/6
law-abiding [2]   17/8 17/14
least [2]   16/5 21/20
left [2]   7/13 24/4
legal [3]   14/16 25/10 25/14
lesser [1]   8/18
Let [1]   20/25
level [7]   3/11 3/12 9/4 11/20
11/20 11/23 14/1
Level 29 [1]   11/23
levels [1]   13/25
liability [1]   13/16
licensed [1]   17/9
life [2]   17/6 17/7
light [1]   25/16
like [15]   3/24 4/1 4/6 5/12
6/18 8/6 10/7 12/13 15/21 16/7
16/8 16/22 20/3 20/6 20/7
line [1]   6/2
lines [1]   18/20
little [4]   4/11 11/9 14/20
21/20
live [1]   19/1
lives [1]   7/22
loaded [2]   16/6 21/2
loans [1]   5/24
locked [1]   22/24
Lombard [1]   1/24
long [1]   11/11
longer [1]   7/19
look [5]   8/13 9/1 16/7 16/8
16/12
looked [1]   15/21
looking [2]   13/14 16/17

losing [2]   21/10 21/11
loss [1]   8/3
lost [3]   4/15 7/18 7/19
lot [2]   11/12 21/23
low [3]   10/17 13/14 13/19
lying [1]   16/15

**M**

ma'am [2]   4/12 25/21
made [2]   4/23 20/13
major [1]   12/13
make [8]   3/24 5/15 16/22 18/24
18/25 19/2 20/3 25/3
makes [1]   11/7
man [1]   16/15
mandatory [5]   3/17 14/11 16/10
18/10 18/12
manner [1]   13/10
many [2]   6/18 22/1
MARYLAND [3]   1/1 1/9 1/25
math [1]   22/22
matter [3]   2/7 25/25 26/2
may [2]   11/9 18/21
maybe [1]   4/10
McGuinness [1]   1/20
me [6]   2/10 4/6 4/15 4/17 20/11
20/25
mean [4]   14/22 20/8 21/7 21/10
meet [1]   10/23
Melissa [1]   1/20
Melissa McGuinness [1]   1/20
members [1]   5/9
memorandum [1]   13/1
met [1]   8/1
mic [1]   4/11
mind [1]   8/17
minimum [1]   18/10
minus [1]   11/20
miss [1]   20/15
missed [1]   20/14
mistake [1]   20/13
mitigating [1]   21/17
modifications [2]   2/23 3/5
moment [1]   18/21
money [5]   4/16 6/11 10/12 20/11
21/14
month [1]   23/21
months [7]   3/15 3/17 17/24
17/25 22/17 22/19 22/22
more [8]   9/11 11/9 11/13 12/5
22/1 22/7 22/8 25/13
morning [7]   2/3 2/5 2/12 2/13
2/14 2/15 4/4
most [1]   7/16
motivating [1]   12/14
move [1]   4/11
moved [2]   14/1 17/10
Mr [1]   16/5
Mr. [107]
Mr. Bardos [4]   2/25 11/4 18/17
24/8
Mr. Finnegan [47]
Mr. Finnegan's [11]   3/13 9/1
10/8 13/7 13/16 16/12 17/6
21/16 22/15 22/23 23/18
Mr. Hines [6]   2/6 2/23 4/11 5/4
11/3 12/12
Mr. Jenkins [1]   18/2
Mr. Rahim [12]   7/6 7/13 8/21
8/24 9/8 9/14 9/17 10/1 15/20
16/6 22/6 23/16
Mr. Rayam [15]   6/13 7/13 8/19

**M**

Mr. Rayam... [12]   9/21 11/16
  13/4 13/5 13/6 13/17 18/3 18/6
  21/25 22/3 22/9 23/17
Mr. Rayam's [3]   11/17 13/2
  13/19
Mr. Shore [8]   5/11 6/16 7/2 7/3
  7/8 15/15 15/22 20/8
Mrs. [1]   20/8
Mrs. Curry [1]   20/8
Ms. [11]   3/24 5/1 5/11 7/2 7/9
  7/12 7/15 14/24 15/15 15/22
  21/6
Ms. Curry [10]   3/24 5/1 5/11
  7/2 7/9 7/15 14/24 15/15 15/22
  21/6
Ms. Curry's [1]   7/12
much [3]   14/2 17/23 20/15
multiple [1]   13/8
municipal [2]   5/20 6/3
my [9]   2/16 3/24 4/16 4/18 4/19
  11/14 13/1 13/22 22/22

**N**

name [1]   4/3
narcotics [1]   9/22
nature [2]   5/6 20/25
necessary [1]   22/14
need [3]   2/21 8/7 19/21
needed [2]   10/14 21/15
negotiating [1]   9/7
negotiation [1]   14/10
neighbor [1]   6/4
never [1]   14/18
next [1]   8/6
night [3]   4/21 9/15 15/16
nine [5]   8/9 8/17 10/6 10/16
  11/1
no [16]   1/4 2/24 3/6 5/11 5/16
  7/19 14/14 15/12 15/14 15/25
  18/10 19/4 20/1 20/8 21/7 25/23
No. [1]   2/8
No. CCB-17-357 [1]   2/8
nominal [1]   23/21
non [1]   16/4
non-violent [1]   16/4
none [1]   9/8
NORTHERN [1]   1/2
not [39]
note [1]   19/13
nothing [2]   14/25 17/18
noting [1]   25/19
now [2]   7/18 11/11
number [3]   8/22 9/2 22/2

**O**

o'clock [1]   25/25
oath [2]   16/16 16/16
obliged [1]   7/9
obviously [11]   2/25 7/20 9/17
  9/21 16/20 17/21 19/4 19/9 21/1
  21/2 22/22
occurred [3]   7/5 7/11 16/23
October [1]   24/17
October 23rd [1]   24/17
odd [1]   18/5
off [1]   6/1
offended [1]   12/21
offense [16]   3/11 3/12 3/22 5/7
  8/5 10/4 10/16 11/19 11/20
  12/13 14/19 14/19 16/23 21/1

22/15 24/16
Office [1]   23/22
officer [7]   1/20 2/11 11/21
  12/19 18/9 23/11 23/13
Officer Jared Stern [1]   2/11
Officer Jenkins [1]   12/19
officers [3]   4/23 4/24 18/1
Official [2]   1/24 26/6
often [1]   19/4
Okay [10]   3/4 3/8 4/25 12/5
  18/17 19/24 20/2 20/17 24/8
  25/22
old [1]   20/14
one [11]   2/22 4/15 7/20 8/19
  9/9 9/16 12/20 14/7 18/11 19/5
  24/19
only [6]   7/1 8/24 9/2 10/21
  12/24 13/25
open [1]   14/6
operating [1]   7/19
operation [1]   21/4
opportunities [1]   20/12
opportunity [1]   20/11
order [1]   24/21
ordinarily [1]   11/8
other [11]   5/9 9/11 12/24 14/14
  16/22 18/1 18/3 19/2 20/12
  24/13 25/2
others [1]   16/16
otherwise [1]   22/10
our [4]   8/8 8/17 17/20 17/24
out [7]   5/24 6/18 7/13 9/2 23/7
  23/19 24/4
over [6]   6/21 9/21 9/23 10/11
  10/23 10/23
overall [1]   16/12
overcrowding [1]   25/1
own [1]   21/10
owned [1]   5/10

**P**

parents [2]   17/11 19/1
parole [1]   19/4
participate [2]   19/9 23/2
participated [1]   12/24
participating [1]   23/10
particular [3]   15/14 17/12 25/6
particularly [1]   11/16
passed [2]   6/6 17/10
pastor [1]   5/25
patient [2]   7/4 9/19
pay [4]   5/19 6/1 6/3 6/8
Pennsylvania [3]   17/10 19/1
  23/2
people [4]   6/18 8/1 12/24 19/5
perhaps [3]   11/10 21/4 25/4
period [1]   23/5
permit [1]   23/25
personal [2]   9/23 21/16
personally [1]   15/1
petrified [1]   4/21
piece [2]   12/11 12/17
pigeon [6]   5/10 5/13 5/23 6/4
  7/7 7/18
Plaintiff [2]   1/3 1/14
planned [1]   9/13
planning [2]   9/12 22/9
player [1]   12/13
plea [14]   2/10 10/8 11/18 11/19
  12/1 12/3 12/7 12/10 13/3 14/9
  18/7 20/20 21/19 25/16
plead [1]   14/2

please [1]   2/4
pled [1]   13/3
plumber [1]   17/9
podium [1]   4/2
point [5]   13/23 16/22 18/24
  19/2 23/18
pointed [1]   9/18
pointing [1]   13/10
police [17]   4/21 4/23 4/23 5/10
  6/20 6/23 6/24 7/7 7/10 11/21
  15/9 15/16 15/21 16/7 16/8 18/9
  21/4
policy [1]   20/20
position [2]   11/9 17/20
possibility [1]   16/18
possible [2]   20/16 23/2
possibly [1]   6/5
predominantly [1]   8/11
prepared [2]   10/24 25/13
present [4]   1/19 2/16 11/11
  24/17
presentence [1]   2/21
pretty [1]   14/2
prior [4]   9/5 9/5 9/8 11/22
Prisons [9]   18/19 19/9 22/25
  23/4 23/20 24/19 24/22 25/4
  25/11
probation [4]   1/20 23/11 23/13
  23/22
Probation Office [1]   23/22
probation officer [3]   1/20
  23/11 23/13
problem [2]   19/10 19/14
problems [2]   21/10 25/2
proceeding [2]   10/14 20/21
proceedings [1]   26/2
production [1]   10/21
program [3]   19/6 19/17 23/3
prompt [1]   14/3
promptness [1]   14/2
properties [2]   5/20 7/20
protect [1]   12/22
provide [1]   10/13
providing [1]   23/13
psychological [2]   21/8 21/10
public [4]   11/15 11/18 11/19
  12/10
purse [1]   7/12
pursuant [1]   10/8
put [2]   6/22 6/24

**Q**

question [2]   17/22 17/23

**R**

Rahim [17]   6/21 6/24 7/6 7/13
  8/14 8/21 8/24 9/8 9/14 9/17
  10/1 10/8 10/10 15/20 16/6 22/6
  23/16
range [1]   3/14
Rayam [26]   5/9 6/10 6/13 7/13
  8/15 8/19 8/19 9/13 9/21 9/22
  10/10 11/16 13/4 13/5 13/6 13/8
  13/17 13/17 16/5 18/3 18/6 18/8
  21/25 22/3 22/9 23/17
Rayam's [5]   6/21 6/23 11/17
  13/2 13/19
RDAP [1]   19/6
RDAP program [1]   19/6
RDR [3]   1/23 26/1 26/4
read [2]   2/25 3/2
real [2]   20/13 21/4

## R

really [4]   14/11 14/14 15/14
  16/9
Realtime [1]   26/5
reason [3]   9/3 15/1 25/7
reasonable [1]   24/3
receive [2]   8/18 10/6
received [4]   6/2 6/4 8/14 8/14
receiving [1]   10/21
recently [1]   12/18
recognize [1]   22/14
recommend [4]   19/8 19/16 22/25
  23/23
recommendation [7]   3/20 8/8
  17/24 18/25 24/18 24/22 25/4
recommendations [1]   18/19
recommends [1]   23/12
record [5]   2/9 4/4 11/22 22/8
  26/2
records [1]   11/15
recoup [1]   10/11
recover [2]   7/25 8/3
recruited [2]   6/21 9/14
reduction [1]   19/5
reflect [1]   10/3
regard [1]   11/16
Registered [1]   26/5
regular [1]   13/9
related [2]   18/18 19/14
relationship [1]   9/21
relatively [3]   16/3 17/8 17/13
release [5]   19/13 19/18 23/5
  23/6 23/8
repayment [1]   23/21
report [3]   2/22 15/4 15/4
Reported [1]   1/22
Reporter [4]   1/24 26/5 26/5
  26/6
representing [1]   2/16
request [2]   24/10 24/15
required [4]   3/17 13/25 23/15
  24/1
research [1]   15/11
resist [1]   7/10
responsibility [6]   3/12 10/20
  14/15 16/13 21/18 25/12
rest [1]   14/8
restitution [3]   10/9 18/19
  23/15
result [1]   21/7
return [1]   5/23
revised [1]   2/22
Richard [1]   2/15
Richard Bardos [2]   1/18 2/15
ride [1]   6/18
right [17]   2/16 2/17 3/7 4/1
  11/3 11/25 12/9 12/17 19/8
  19/17 20/4 20/5 20/17 22/22
  25/16 25/18 25/24
ringleader [1]   22/9
risk [1]   21/13
rob [3]   5/14 6/12 9/13
robbery [7]   2/19 3/10 4/7 4/13
  8/11 18/14 22/18
Robert [1]   2/8
run [1]   8/10
running [1]   24/12
rushed [1]   6/7

## S

said [7]   7/4 9/18 14/25 17/20

sale [1]   5/21
sales [1]   5/22
same [4]   4/9 4/14 5/18 12/2
sat [3]   7/10 11/13 15/22
saved [1]   4/16
say [7]   10/20 14/15 14/25 15/6
  19/25 20/3 20/24
saying [1]   21/12
says [2]   15/5 15/8
scared [2]   4/23 4/23
schedule [1]   23/21
scope [1]   6/18
score [1]   9/9
scored [1]   9/3
search [5]   6/10 15/16 15/19
  15/21 15/22
search warrant [1]   15/21
searched [3]   5/10 6/9 7/8
seated [3]   2/4 2/10 6/10
second [1]   12/12
see [3]   7/15 14/10 23/14
seems [1]   22/8
seen [1]   15/5
selling [1]   16/17
sense [1]   14/16
sentence [15]   8/9 8/14 8/18
  10/6 11/1 11/1 14/11 18/15 19/5
  22/4 22/13 22/17 22/19 24/3
  25/17
sentenced [4]   12/1 12/18 18/2
  22/4
sentences [1]   8/13
sentencing [5]   1/13 2/18 8/7
  13/1 20/21
September [1]   24/16
September 25th [1]   24/16
series [2]   18/6 18/9
serious [4]   5/7 10/16 17/5 21/1
seriously [1]   24/23
seriousness [3]   10/3 22/3 22/15
set [1]   6/14
sets [1]   3/8
seven [9]   3/17 8/9 14/11 16/10
  17/21 18/4 18/12 20/12 22/19
seven-year [2]   14/11 22/19
several [1]   23/16
severally [1]   10/10
severity [1]   8/4
shape [1]   12/15
she [9]   4/21 14/24 14/25 14/25
  15/2 15/5 15/5 15/6 15/8
she's [2]   15/6 15/23
Shore [9]   3/23 5/11 6/16 7/2
  7/3 7/8 15/15 15/22 20/8
Shores [1]   6/12
Shores' [1]   6/25
should [3]   14/1 16/18 21/21
shows [1]   15/25
sic [2]   16/16 18/15
sides [1]   17/13
significant [5]   5/23 7/16 11/22
  21/11 22/7
similar [1]   20/12
since [9]   4/7 4/13 4/18 16/24
  17/6 17/6 17/7 17/15 17/16
single [3]   13/3 13/17 13/20
sir [1]   25/20
sit [3]   7/4 9/18 11/14
situation [7]   4/15 11/12 12/21
  15/11 15/14 18/15 20/9
smart [1]   16/5

so [35]
society [1]   12/22
sold [3]   13/11 13/12 13/12
some [7]   5/9 6/16 6/17 9/22
  10/11 21/17 21/21
something [2]   7/10 25/9
sometimes [2]   7/16 13/9
somewhat [1]   22/7
son [2]   17/9 20/14
sorry [1]   4/10
sort [9]   3/8 6/15 8/3 8/6 8/17
  8/19 9/20 11/9 24/12
sounds [2]   12/13 21/9
South [1]   7/19
South Baltimore [1]   7/19
span [1]   17/13
speak [2]   20/5 20/6
special [2]   23/10 24/1
specifically [2]   10/5 21/12
spent [3]   16/15 21/23 24/20
split [1]   7/14
spoke [1]   14/24
spoken [1]   22/2
start [4]   2/21 11/6 20/25 23/20
statement [2]   3/25 15/24
STATES [5]   1/1 1/3 1/16 2/7
  24/6
statute [2]   3/16 16/9
stealing [2]   16/17 16/17
stenographic [1]   26/2
Stern [2]   1/20 2/11
still [4]   7/4 9/18 19/21 21/5
stole [2]   13/11 13/12
stolen [1]   4/16
store [7]   5/10 5/13 5/23 6/4
  6/9 7/7 7/18
Street [1]   1/24
stuff [1]   17/7
substance [5]   19/10 19/14 19/16
  23/3 23/11
substantial [2]   5/19 21/14
substantiated [1]   5/16
sufficient [1]   22/14
sufficiently [1]   21/20
suggest [1]   16/15
suggesting [1]   22/10
suggestion [1]   13/19
suggests [3]   11/17 13/24 17/18
Sun [1]   15/4
supervised [3]   23/4 23/5 23/8
sure [4]   4/10 20/17 24/25 25/17
system [1]   17/2

## T

table [1]   2/10
take [4]   13/2 17/10 25/4 25/9
taken [3]   5/24 7/21 25/12
takes [1]   19/3 24/22
taking [1]   21/14
Task [3]   2/10 12/17 22/3
tax [2]   5/21 5/23
tell [4]   4/6 14/4 14/9 15/5
ten [2]   10/17 13/15
testify [2]   10/24 16/16
testing [1]   23/11
TFO [1]   1/20
than [6]   8/19 11/10 11/13 12/6
  22/1 25/13
Thank [13]   2/17 3/7 5/1 5/2 5/3
  11/3 11/5 18/17 18/17 19/23
  20/17 25/23 25/24
thankfully [1]   7/8

**T**

that [155]
that's [20]   3/12 7/4 8/9 10/16
  12/10 12/11 13/6 14/3 14/20
  14/20 16/19 19/1 19/12 20/16
  21/13 22/21 22/21 23/4 24/3
  25/5
theft [2]   16/9 18/14
their [16]   5/22 6/4 6/8 6/9
  6/12 6/14 6/14 7/7 7/7 7/18
  7/20 7/22 10/13 15/16 19/5 21/6
them [16]   5/14 6/11 6/22 7/24
  8/1 9/10 9/18 13/2 13/11 13/12
  14/24 15/8 15/23 19/5 20/13
  21/6
theme [1]   24/12
then [9]   4/18 7/12 7/13 10/5
  13/20 17/3 17/8 21/19 24/17
theory [1]   13/14
there [22]   3/17 5/14 5/16 6/19
  7/10 8/11 9/17 14/10 15/12
  15/12 15/14 15/24 17/17 17/18
  19/4 19/4 21/7 21/16 22/18
  24/12 24/14 25/2
there's [14]   3/8 3/10 3/11 3/20
  9/20 16/10 17/18 17/22 20/2
  23/5 23/8 23/20 24/1 25/17
these [7]   7/16 12/21 13/2 13/22
  22/12 24/13
they [44]
they'll [1]   7/25
they're [4]   7/19 8/1 8/22 10/14
They've [2]   7/18 7/19
thing [3]   15/8 16/9 18/6
things [4]   4/8 4/14 6/18 12/20
think [23]   4/22 8/2 9/25 10/3
  10/15 10/25 13/18 13/21 14/1
  14/2 14/20 15/1 15/23 16/4
  16/11 16/19 17/22 18/13 19/9
  21/21 24/3 24/9 25/13
thinking [2]   7/9 15/9
third [1]   14/1
this [47]
THOMAS [3]   1/5 2/8 2/16
THOMAS FINNEGAN [2]   1/5 2/16
those [6]   6/1 6/3 16/13 18/13
  18/20 20/9
though [2]   15/12 21/9
threat [2]   15/13 15/15
three [4]   17/17 17/24 18/14
  23/8
through [4]   11/13 11/14 22/13
  24/12
time [7]   9/24 10/11 11/11 14/8
  21/23 22/23 24/6
timed [1]   9/2
times [1]   22/22
today [2]   3/23 15/24
told [5]   6/11 13/6 14/5 15/17
  15/17
took [2]   7/12 16/13
top [1]   17/23
total [4]   11/1 18/15 22/14
  22/21
tough [1]   4/14
Trace [1]   22/3
transcript [1]   26/1
trauma [2]   7/23 8/4
traumatic [2]   14/23 21/5
traumatized [2]   15/1 15/25
treatment [2]   19/22 23/11

trial [5]   10/22 11/13 11/14
  14/3 21/21
trouble [1]   17/6
trusted [1]   12/22
try [1]   6/18
trying [2]   14/10 20/15
turn [2]   8/6 19/24
turned [1]   20/13
turning [1]   5/5
two [15]   2/19 3/8 3/11 5/19
  5/19 5/24 5/24 6/11 7/20 8/10
  9/10 12/2 13/22 13/25 24/19
type [1]   17/19
types [1]   7/16

**U**

U.S [1]   1/20
ultimately [4]   6/20 10/20 14/13
  21/18
unclear [1]   7/25
under [8]   5/5 10/25 13/13 16/9
  16/16 16/16 18/13 18/14
underscores [1]   8/4
understand [5]   12/9 15/10 16/1
  24/21 25/20
understandably [1]   7/23
understanding [1]   3/24
Unfortunately [1]   5/18
uniform [1]   13/4
uniforms [1]   15/21
UNITED [5]   1/1 1/3 1/16 2/7
  24/6
United States [2]   2/7 24/6
unloaded [2]   13/5 16/5
until [2]   14/9 14/17
unusual [1]   11/9
unwarranted [1]   8/7
up [8]   4/1 4/19 5/21 6/14 6/15
  6/15 7/14 22/24
us [1]   4/3
use [4]   2/19 9/23 12/23 12/23

**V**

versus [1]   2/8
very [6]   4/21 8/2 10/21 17/5
  21/1 21/14
vest [2]   6/23 6/24
victim [1]   3/25
victims [4]   3/22 14/23 21/2
  21/15
video [4]   15/3 15/5 15/6 15/24
violence [4]   2/20 15/12 15/12
  15/15
violent [3]   16/3 16/4 16/4

**W**

waited [1]   15/22
waiting [1]   6/2
want [3]   18/18 19/2 23/14
wanted [1]   14/25
wants [3]   3/21 15/7 19/25
warrant [1]   15/21
warrants [1]   10/16
was [48]
wasn't [1]   4/18
way [2]   12/14 14/10
ways [7]   7/17 8/22 19/4
we [11]   2/18 8/11 9/25 10/3
  15/8 15/17 15/18 15/18 18/13
  20/9 24/18
We'd [1]   10/7
we're [3]   2/7 11/11 15/18

we've [1]   22/12
weapons [1]   13/11
wearing [2]   13/4 15/20
Wednesday [1]   1/8
weird [2]   18/5 18/5
well [7]   7/2 8/12 14/21 15/18
  20/23 21/6 21/20
went [8]   6/15 6/15 6/24 7/12
  9/16 13/5 13/8 13/9
were [19]   5/20 6/2 6/19 7/7 7/9
  10/5 11/25 12/21 13/18 15/9
  15/16 15/16 15/17 15/25 16/1
  17/17 20/10 21/15 25/18
weren't [2]   6/7 9/3
what [15]   4/6 11/15 12/7 12/16
  13/6 13/17 14/4 14/11 15/5
  15/21 18/7 22/4 23/18 24/18
  25/14
what's [3]   11/18 11/19 12/10
whatever [1]   15/6
when [13]   6/2 6/22 7/14 8/13
  8/21 9/1 10/22 14/13 15/20
  16/11 17/9 23/6 23/19
where [6]   6/17 11/6 11/9 12/2
  13/4 19/1
whether [2]   3/20 20/22
which [5]   9/8 9/22 11/20 23/6
  23/16
while [3]   9/6 9/7 17/15
who [3]   2/16 6/21 16/15
whole [2]   10/5 16/9
why [2]   9/3 19/12
wife [2]   17/9 20/14
will [12]   8/2 8/15 8/17 10/3
  19/6 19/16 22/25 23/6 23/8
  23/14 23/16 23/22
willing [4]   18/23 18/25 21/5
  25/3
within [1]   25/19
witness [1]   9/5
witnesses [1]   10/22
won't [2]   19/7 20/4
work [1]   8/2
worse [1]   18/8
would [18]   3/24 4/1 4/3 4/6
  8/18 12/20 13/20 13/22 16/22
  18/23 18/24 19/8 19/21 20/7
  24/18 24/24 25/3 25/19
wrong [2]   12/17 16/21

**Y**

year [3]   14/11 20/14 22/19
years [26]   3/17 8/9 8/10 8/15
  8/16 8/17 9/22 9/25 10/6 10/16
  10/18 11/1 11/18 13/15 16/10
  16/15 16/15 16/23 16/24 17/17
  17/21 18/12 18/15 22/13 22/22
  23/8
years' [1]   8/9
years/84 [1]   3/17
yes [7]   3/3 11/3 17/5 19/11
  19/15 20/7 25/21
yet [5]   13/13 13/13 18/2 18/10
  22/4
you [63]
you'd [2]   20/3 20/5
you're [4]   12/9 19/17 25/7
  25/14
you've [1]   2/25
young [2]   4/20 7/2
your [30]
Your Honor [26]   2/5 2/12 2/24

## Y

Your Honor... [23]   3/3 3/6 3/22
 5/5 5/7 7/1 8/8 10/15 11/5 11/8
 12/18 14/9 17/20 18/13 18/21
 18/23 19/2 19/23 20/1 20/7 24/6
 24/9 25/23
yours [1]  16/20

## Z

Zweizig [3]  1/23 26/1 26/4