IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Crim. No. CCB-17-357 |
| | * | |
| THOMAS ROBERT FINNEGAN | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Now pending is Thomas Robert Finnegan's pro se motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (ECF 99). Finnegan argues he is eligible for compassionate release due to his underlying health conditions, which he asserts place him at high risk of contracting COVID-19, and due to his parents' failing health.

To the extent that Finnegan requests home confinement, the court is without authority to grant it. "The discretion to release a prisoner to home confinement lies solely with the Attorney General." *United States v. Byers*, No. 1:18-cr-00036-MR-WCM-1, 2020 WL 3513703, *2 (W.D.N.C. Jun. 29, 2020) (citing 18 U.S.C. § 3624(c)(2) and 34 U.S.C. § 60541(g)).

As for Finnegan's request for compassionate release, Finnegan does not provide medical records or other documentation supporting the existence of his own medical conditions or those of his parents. He states that he has exhausted his administrative remedies but does not provide any documentation of administrative exhaustion. The court is thus without sufficient evidence to consider Finnegan's motion.

Accordingly, Finnegan's motion for compassionate release (ECF 99) is DENIED WITHOUT PREJUDICE.

So Ordered this   7th   day of October, 2020.

/S/
Catherine C. Blake
United States District Judge